U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
MAY - 7 2002

LORETTA G. WHYTE
CLERK

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

GERALD L. Christopher
(Enter above the full name of the
plaintiff in this action.)

**versus**

1. State Prosecution for Jefferson Parish Case #'s (see below)
2. Board of Parole Dept. Pub./Safety & Corrections Doc# 123014
3. Governor, Louisiana, Mike Foster
(Enter above the full name of the
defendant or defendants in this
action.)
4. Jefferson Parish Correctional Center,
5. Sheriff Jefferson

CIVIL ACTION

No **02-1264**

section **SECT. N MAG. 2**

COMPLAINT Parish, LA., Harry Lee

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✓)

Above
1. Paul Conick & Bill Long
2. Gretchen McARSHE
   Joe Bier

Case #'s

22544-01
22650-01
22649-01
22644-01
99999-01
14801-01

Fee
Process
X  Dktd
CtRmDep
Doc. No. I

/ document
enclosed

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to the previous lawsuit

Plaintiffs     _____

_____

Defendants     _____

_____

2.    Court (If federal court, name of the district court; if state court, name the parish.)

_____

3.    Docket Number _____

4.    Name of judge to whom case was assigned _____

_____

5.    Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

_____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.    Place of Present Confinement: *Jeff Parish / Corrections / Center*

A.    Is there a prisoner grievance procedure in this institution? *Gretna, LA 70053*
Yes (✓)  No ( )

2

B.    Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C.    If your answer is YES,

    1.    Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

    2.    As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

_____

_____

_____

D.    If your answer is NO, explain why you have not done so: _____

_____

_____

## III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff _GERALD L. CHRISTOPHER #100057791_

    Address _P.O. Box 388, Gretna, LA 70054-0388_

    Date of Birth _12/15/62_

    Prisoner Number _100057791_

    Date of Arrest _Approximately 11/15/01 for pending charges_

    Date of Conviction _Parole Revocation (motion) 1/2/93 conviction_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.    Defendant _Paul Connick & Bill Long_ is employed as _District Atty_ _Jefferson Parish_ at _Gretna, LA. 70053_

C.    Additional Defendants _M. J. Foster Governor, Louisiana_ _Gretchen McArstle (Both) LA. Board of Parole & Parole Officer Joe Dier, Gretna La. Harry Lee, Sheriff Jefferson Parish LA._

IV.    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

After ordered Med. Release at Charity Hosp...

█████████████████████

██████████ , ████████ and Jeff Parish
DA Paul Conick and Bill Long and
Louisiana State Parole officer Joe Dien of
Gretna, Gretchen McArstle of Baton Rouge
and Mike Foster, Governor all play a
part in denial of my medical release
issued by Dr. John Amass 90 days ago

V.    Relief  At Charity Hospital in New Orleans, LA.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Request medical release to spend last
months of my life at home. Charity
Hospital Dr. John Amass issued medical.
Discharge and Release papers, to ████████

████████  ████████████ District
Attorney's office for Jefferson Parish,
Gretna, Louisiana v. Paul Conick, District
Attorney and Bill Long Chief Asst. D.A.
in and for Jefferson Parish, Louisiana
Sheriff Harry Lee, Parish of Jefferson
La and in Charge of Jefferson
Parish Correctional Center, Gretna, LA.

4

## VI. Plaintiff's Declaration

1)    I declare under penalty c - perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)    I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___13___ day of ___April___, _2002_

X _Gerald Christopher_
(Signature of Plaintiff)

9/97

5

AO 240 (1 94)

# United States District Court

EASTERN DISTRICT OF LOUISIANA

Plaintiff

V.

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, **GERALD L. Christopher** declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:     ☑ Yes     ☐ No     (If "No" go to Part 2)

   If "Yes" state the place of your incarceration **Jefferson Parish Correctional Center**

   Are you employed at the institution? **NO**   Do you receive any payment from the institution? **NO**

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **7/31/01 $1400/mo. Hunter Construction, Metairie, LA. 70003**

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment     ☑ Yes     ☐ No
   b. Rent payments, interest or dividends              ☐ Yes     ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☑ No
   d. Disability or workers compensation payments       ☐ Yes     ☑ No
   e. Gifts or inheritances                            ☐ Yes     ☑ No
   f. Any other sources                                ☐ Yes     ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. **Fiance' sends periodic small commissary money orders @ $40 per item**

AO 240 (1-94)

4.  Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☑ No

If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

**N/A**

I declare under penalty of perjury that the above information is true and correct.

original→ Gerald Christopher

4/14/02
DATE

x Gerald Christopher
SIGNATURE OF APPLICANT

- - - - - - - - - - - - -

**STATEMENT OF ACCOUNT**
(Certified Institutional Equivalent)

I hereby certify that this inmate, **GERALD L. CHRISTOPHER**, has a present
(print name)

inmate account balance of $_____ at the _____ institution. I further certify that

the average monthly deposits for the preceding six months is $_____.

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six).

I further certify that the average monthly balance for the prior six months is $_____.

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

_____
Date Certified

_____
Authorized Officer of Institution

7/96

AO 240 (1/94)

4    Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes" state the total amount. _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☑ No

If "Yes" describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

N/A

I declare under penalty of perjury that the above information is true and correct.

4/14/02    x _Gerald Christopher_    #1000157791
DATE    SIGNATURE OF APPLICANT

- - - - - - - - - - - -

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that this inmate, __GERALD L. CHRISTOPHER__, has a present
(print name)

inmate account balance of $__2.60__ at the __Jefferson Parish C.C.__ institution. I further certify that

the average monthly deposits for the preceding six months is $__26.58__.

(*The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six*).

I further certify that the average monthly balance for the prior six months is $__6.56__.

(*The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six*).

4/22/02    _Martha K. Melancon_
Date Certified    Authorized Officer of Institution

7/96